UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAUTHER BADR, | : | CIVIL ACTION NO.: |
| | : | 3:06-cv-01208-AHN |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| LIBERTY MUTUAL GROUP, INC., | : | JULY 18, 2007 |
| | : | |
| Defendant. | : | |

## MOTION TO QUASH SUBPOENA DUCES TECUM AND FOR PROTECTIVE ORDER

Plaintiff Kauther Badr hereby moves to quash the subpoena duces tecum defendant Liberty Mutual Group, Inc. ("LM") is serving upon plaintiff's former employer, Enterprise Rent-A-Car ("Enterprise").[1] In that subpoena, LM seeks documents from plaintiff's former employer, Enterprise, in an effort to discover whether plaintiff brought any claims or made any allegations some 4 years ago similar to the harassment/retaliation claims she presently has asserted against defendant. As set forth more fully in plaintiff's memorandum of law filed herewith, such a fishing expedition is not countenanced under the Federal rules of discovery, as it is clearly an effort to prove "litigiousness," a wholly irrelevant and inadmissible concept in discrimination litigation. Because the subpoena is not designed to uncover, or lead to the discovery of, admissible evidence, the subpoena should be quashed and a protective order should issue precluding defendant's attempts to uncover evidence of prior complaints by plaintiff of discrimination against former employers.

---

[1] A copy of this subpoena, in unexecuted form, is attached to defendant's Notice of Intent to Serve Subpoena Duces Tecum dated July 12, 2007. An executed version has or is about to be served. (See Affidavit of Counsel attached to plaintiff's Motion to Quash filed herewith.)

The undersigned attempted to resolve this discovery dispute with defendant's counsel short of Court intervention, but was unsuccessful. (See Affidavit of Counsel appended hereto.)

**PLAINTIFF**
**KAUTHER BADR**

By_____
Scott R. Lucas (ct00517)
Claire E. Ryan (ct22145)
*Attorneys for Plaintiff*
Martin, Lucas & Chioffi, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com
cryan@mlc-law.com

## CERTIFICATE OF SERVICE

This is to certify that on this 18th day of July, 2007, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties, as listed below, by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

Margaret J. Strange, Esq.
Holly L. Cini, Esq.
Jackson Lewis LLP
90 State House Square, 8th Floor
Hartford, CT 06103
Phone: (860) 522-0404
Fax: (860) 247-1330
strangem@jacksonlewis.com
cinih@jacksonlewis.com

_____
Scott R. Lucas (ct00517)
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **KAUTHER BADR,** | : | **CIVIL ACTION NO.:** |
| | : | **3:06-cv-01208-AHN** |
| **Plaintiff,** | : | |
| | : | |
| V. | : | |
| | : | |
| **LIBERTY MUTUAL GROUP, INC.,** | : | **JULY 18, 2007** |
| | : | |
| **Defendant.** | : | |

## AFFIDAVIT OF COUNSEL REGARDING
## EFFORTS TO RESOLE DISCOVERY DISPUTE

*STATE OF CONNECTICUT* )
                       )  *SS:*  *Stamford*
*COUNTY OF FAIRFIELD*  )

*Scott R. Lucas*, being duly sworn, hereby deposes and says:

1. I am over the age of 18 and believe in the obligation of an oath to tell the truth.

2. I make this affidavit based upon my personal knowledge and in compliance with Local Rule 37.

3. On Tuesday, July 17, 2007, I had a telephone conference with Holly Cini, Esq., counsel for defendant Liberty Mutual ("LM"), in an effort to discuss the propriety of the subpoena duces tecum defendant stated it intended to serve on Enterprise Rent-A-Car ("Enterprise"), plaintiff's former employer prior to LM.

4. Ms. Cini informed me the primary focus of the subpoena was to determine if plaintiff had brought any prior complaints of harassment or discrimination while at Enterprise, and to thereby impeach her deposition testimony.

5.  I informed Ms. Cini of plaintiff's position that even under the guise of "impeachment," such information is clearly designed to portray plaintiff as litigious, having made similar claims in the past. As such, the information sought is not admissible. I indicated that if LM proceeded as planned, I would be seeking a decision of this Court.

6.  Ms. Cini indicated LM would be proceeding, that the proposed subpoena attached to defendant's Notice of Intent to Serve Subpoena Duces Tecum dated July 12, 2007 was being served on or about Wednesday, July 18, 2007.

7.  We "agreed to disagree," but stipulated that Enterprise, a client of Ms. Cini's law firm, would not be pressed to comply with the subpoena pending a ruling by this Court as to its propriety.

_____
Scott R. Lucas

Subscribed and sworn to before me this
18th day of July, 2007.

_____
Notary Public: Bonnie K. Ford-Wojna
My Commission Expires: 1/31/12

BONNIE K. FORD-WOJNA
Notary Public-Connecticut
My Commission Expires
January 31, 2012